# IN THE SUPREME COURT OF THE STATE OF NEVADA

MALIK W. AHMAD,
                Appellant,

                vs.

CLIFF W. MARCEK,
                Respondent.

No. 82180

FILED

FEB 2 2 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, C.J.

cc:   Hon. Susan Johnson, District Judge
      Malik W. Ahmad
      Cliff W. Marcek, P.C.
      Eighth District Court Clerk

---

[1]Given this dismissal, the motion to dismiss appeal, filed on December 17, 2020, is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-05214